Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–20516–SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Angel M Lapaix
　aka Angel LaPaix, dba Royal General
　Construction, LLC
　74 9th Avenue
　Newark, Nj 07107

Social Security No.:
　xxx–xx–2698

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

　Notice is hereby given that a Plan was confirmed in this matter on October 27, 2017.

　On 12/31/19 the debtor filed a modification to the Plan.

　Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:　　　　　　　　February 26, 2020
Time:　　　　　　　　08:30 AM
Location:　　　　　　Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

　Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 2, 2020
JAN: lc

Jeanne Naughton
Clerk