Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−20516−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Angel M Lapaix
aka Angel LaPaix, dba Royal General Construction, LLC
74 9th Avenue
Newark, Nj 07107

Social Security No.:
xxx−xx−2698

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 27, 2017.

On 12/31/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                February 26, 2020
Time:                08:30 AM
Location:            Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 2, 2020
JAN: lc

Jeanne Naughton
Clerk

Case 17-20516-SLM    Doc 58    Filed 01/04/20    Entered 01/05/20 00:27:51    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:  
Angel M Lapaix  
     Debtor

Case No. 17-20516-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jan 02, 2020  
                         Form ID: 185     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2020.

```
db             +Angel M Lapaix,    74 9th Avenue,    Newark, Nj 07107-1518
cr             +U.S. BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
516841124      +ASC-Wells Frago US Bank,    PO Box 10335,    Des Moines, IA 50306-0335
516841129      +Esther Estevez,    16 Rosedale Avenue,    Montclair, NJ 07042-3491
516841130       First Primer Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
516841127       Ocwen,    Po Box 24736,    West Palm Beach, FL 33416-4736
516841128      +Powers Kirm,    728 Marne Highway,    Ste 200,    Moorestown, NJ 08057-3128
516941081      +SANTANDER CONSUMER USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
516841126       Santander,    PO Box 105255,    Atlanta, GA 30348-5255
517874860      +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
518132118      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518132119      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517056017       U.S. Bank, National Association, as Trustee..,    c/o Wells Fargo Bank, N.A.,
                 Attn: Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
516841131       Verve Master card,    Po box 8099,    Newark, DE 19714-8099
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 02 2020 23:19:09     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 02 2020 23:19:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517106920      +Fax: 407-737-5634 Jan 02 2020 23:43:26     Ocwen Loan Servicing, LLC,
                 ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
                 West Palm Beach, FL 33409-6493
516841125      +Fax: 407-737-5634 Jan 02 2020 23:43:26     Ocwen loan Servicing,    1661 Worthington Road,
                 Ste 100,    West Palm Beach, FL 33409-6493
517066805      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 02 2020 23:19:18     Premier Bankcard LLC,
                 Jefferson Capital Systems LLC Assignee,    PO Box 7999,    St Cloud MN 56302-7999
517066808      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 02 2020 23:19:18     Premier Bankcard, LLC,
                 Jefferson Capital Systems, LLC Assignee,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                                                                                              TOTAL: 6
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Credit
           Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates,
           Series 2006-4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Kevin M. Buttery    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jan 02, 2020
                              Form ID: 185             Total Noticed: 20


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Paul   Gauer    on behalf of Debtor Angel M Lapaix gauerlaw@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               rsolarz@kmllawgroup.com
              Sindi   Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through
               Certificates, Series 2006-4 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through
               Certificates, Series 2006-4 ecf@powerskirn.com
                                                                                             TOTAL: 11
```