Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–20516–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angel M Lapaix
   aka Angel LaPaix, dba Royal General
   Construction, LLC
   74 9th Avenue
   Newark, Nj 07107

Social Security No.:
   xxx–xx–2698

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/27/20 at 10:00 AM

to consider and act upon the following:

*64* – Creditor's Certification of Default (related document:51 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage–Backed Pass–Through Certificates, Series 2006–4, U.S. Bank National Associatio. Objection deadline is 05/1/2020. (Attachments: # 1 Certification Regarding Post–Petition Payment History # 2 Exhibit Order Curing Post–Petition Arrears & Resolving Motion for Relief from Stay # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

*65* – Certification in Opposition to (related document:64 Creditor's Certification of Default (related document:51 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage–Backed Pass–Through Certificates, Series 2006–4, U.S. Bank National Associatio. Objection deadline is 05/1/2020. (Attachments: # 1 Certification Regarding Post–Petition Payment History # 2 Exhibit Order Curing Post–Petition Arrears & Resolving Motion for Relief from Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage–Backed Pass–Through Certificates, Series 2006–4, U.S. Bank National Associatio) filed by Paul Gauer on behalf of Angel M Lapaix. (Gauer, Paul)

Dated: 5/1/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court