Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−20516−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Angel M Lapaix
    aka Angel LaPaix, dba Royal General
    Construction, LLC
    74 9th Avenue
    Newark, Nj 07107

Social Security No.:
    xxx−xx−2698

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/27/20 at 10:00 AM

to consider and act upon the following:

*64* − Creditor's Certification of Default (related document:51 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage−Backed Pass−Through Certificates, Series 2006−4, U.S. Bank National Associatio. Objection deadline is 05/1/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion for Relief from Stay # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

*65* − Certification in Opposition to (related document:64 Creditor's Certification of Default (related document:51 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage−Backed Pass−Through Certificates, Series 2006−4, U.S. Bank National Associatio. Objection deadline is 05/1/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion for Relief from Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage−Backed Pass−Through Certificates, Series 2006−4, U.S. Bank National Associatio) filed by Paul Gauer on behalf of Angel M Lapaix. (Gauer, Paul)

Dated: 5/1/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Angel M Lapaix  
    Debtor

Case No. 17-20516-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 01, 2020  
                    Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2020.
```
db          +Angel M Lapaix,    74 9th Avenue,    Newark, Nj 07107-1518
cr          +Specialized Loan Servicing LLC as servicing agent,    P.O. Box 340514,    Tampa, FL 33694-0514
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates,
               Series 2006-4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Gavin   Stewart    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
               Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through
               Certificates, Series 2006-4, U.S. Bank National Associatio bk@stewartlegalgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin M. Buttery    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Paul   Gauer    on behalf of Debtor Angel M Lapaix gauerlaw@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION sdeluca@rasflaw.com
              Sindi   Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through
               Certificates, Series 2006-4 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through
               Certificates, Series 2006-4 ecf@powerskirn.com
                                                                                             TOTAL: 13
```