Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 14, 2022

#### Chapter 13 Case # 17-20516

Re:  ANGEL M LAPAIX  
74 9TH AVENUE  
NEWARK, NJ  07107

Atty:  PAUL GAUER, ESQ.  
347 FRANKLIN STREET  
BLOOMFIELD, NJ  07003

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/16/2017 | $423.00 | 4048866000 - | 07/12/2017 | $423.00 | 4118831000 - |
| 08/09/2017 | $423.00 | 4194655000 - | 09/11/2017 | $423.00 | 4272860000 - |
| 10/06/2017 | $423.00 | 4346231000 - | 11/17/2017 | $587.00 | 4449296000 - |
| 12/13/2017 | $587.00 | 4515033000 - | 01/18/2018 | $587.00 | 4601124000 - |
| 02/05/2018 | $587.00 | 4650474000 - | 03/22/2018 | $587.00 | 4769570000 |
| 04/09/2018 | $587.00 | 4817699000 | 05/22/2018 | $587.00 | 4931598000 |
| 06/13/2018 | $587.00 | 4988662000 | 07/09/2018 | $587.00 | 5055212000 |
| 08/13/2018 | $587.00 | 5145525000 | 09/10/2018 | $587.00 | 5222499000 |
| 10/12/2018 | $587.00 | 5306510000 | 11/09/2018 | $587.00 | 5381720000 |
| 12/17/2018 | $587.00 | 5474296000 | 01/22/2019 | $587.00 | 5554499000 |
| 02/11/2019 | $587.00 | 5616165000 | 02/14/2019 | ($587.00) | 5616165000 |
| 03/27/2019 | $587.00 | 5731070000 | 04/19/2019 | $587.00 | 5793891000 |
| 05/23/2019 | $587.00 | 5879912000 | 06/12/2019 | $587.00 | 5933473000 |
| 07/23/2019 | $587.00 | 6033858000 | 08/12/2019 | $587.00 | 6089814000 |
| 09/13/2019 | $587.00 | 6172642000 | 10/15/2019 | $587.00 | 6254196000 |
| 11/20/2019 | $587.00 | 6343719000 | 12/10/2019 | $587.00 | 6394344000 |
| 01/13/2020 | $587.00 | 6479064000 | 03/13/2020 | $794.00 | 6636057000 |
| 04/17/2020 | $794.00 | 6720100000 | 06/01/2020 | $794.00 | 6826605000 |
| 06/08/2020 | $794.00 | 6849928000 | 07/13/2020 | $794.00 | 6936443000 |
| 08/24/2020 | $794.00 | 7029357000 | 09/22/2020 | $794.00 | 7101649000 |
| 10/08/2020 | $794.00 | 7146182000 | 11/04/2020 | $794.00 | 7210785000 |
| 12/04/2020 | $794.00 | 7284831000 | 01/07/2021 | $794.00 | 7363113000 |
| 02/22/2021 | $794.00 | 7464938000 | 03/24/2021 | $794.00 | 7546739000 |
| 04/22/2021 | $794.00 | 7615416000 | 05/10/2021 | $794.00 | 7658889000 |
| 07/01/2021 | $794.00 | 7778221000 | 07/13/2021 | $794.00 | 7806728000 |
| 08/24/2021 | $794.00 | 7899773000 | 09/20/2021 | $794.00 | 7960446000 |
| 10/14/2021 | $794.00 | 8013320000 | 11/15/2021 | $794.00 | 8080546000 |
| 12/13/2021 | $794.00 | 8140549000 | 01/05/2022 | $794.00 | 8192305000 |
| 02/10/2022 | $794.00 | 8267844000 | 03/09/2022 | $794.00 | 8328892000 |
| 06/03/2022 | $794.00 | 8506952000 | 06/07/2022 | $794.00 | 8514844000 |

**Total Receipts: $38,815.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $38,815.00**

# CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,224.36 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ASC-WELLS FRAGO US BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ESTHER ESTEVEZ | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 372.55 | 100.00% | 292.70 | 79.85 |
| 0004 | US BANK NA | MORTGAGE ARRE | 2,407.61 | 100.00% | 2,407.61 | 0.00 |
| 0005 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 24,634.52 | 100.00% | 24,634.52 | 0.00 |
| 0007 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 92.43 | 100.00% | 92.43 | 0.00 |
| 0009 | VERVE MASTER CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | ESSEX COUNTY PROBATION DIVISION/C | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 647.07 | 100.00% | 508.38 | 138.69 |
| 0012 | ASC-WELLS FRAGO US BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | SANTANDER CONSUMER USA INC. | ADMINISTRATIVE | 431.00 | 100.00% | 431.00 | 0.00 |
| 0014 | SANTANDER CONSUMER USA INC. | UNSECURED | 4,619.76 | 100.00% | 3,629.58 | 990.18 |
| 0015 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | 0.00 |
| 0016 | US BANK NA | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $37,282.58**
See Summary

# LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 11/17/2021 | $42.76 | 8002530 | | 11/17/2021 | $74.27 | 8002530 |
| | 01/10/2022 | $86.54 | 8002634 | | 01/10/2022 | $49.83 | 8002634 |
| | 02/14/2022 | $99.66 | 8002686 | | 02/14/2022 | $173.11 | 8002686 |
| | 03/14/2022 | $86.54 | 8002740 | | 03/14/2022 | $49.83 | 8002740 |
| | 04/18/2022 | $50.62 | 8002791 | | 04/18/2022 | $87.92 | 8002791 |
| SANTANDER CONSUMER USA INC. | | | | | | | |
| | 12/18/2017 | $17.86 | 793353 | | 01/22/2018 | $17.65 | 795204 |
| | 02/20/2018 | $431.00 | 797077 | | 03/19/2018 | $21.53 | 798914 |
| | 04/05/2018 | ($17.86) | 793353 | | 04/05/2018 | $17.86 | 799564 |
| | 05/14/2018 | $35.39 | 802692 | | 11/17/2021 | $530.22 | 881435 |
| | 01/10/2022 | $617.93 | 884718 | | 02/14/2022 | $1,235.83 | 886439 |
| | 03/14/2022 | $617.93 | 888133 | | 04/18/2022 | $627.67 | 889869 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 05/20/2019 | $1,008.51 | 826120 | | 07/15/2019 | $1,026.70 | 829933 |
| | 09/16/2019 | $1,026.70 | 833943 | | 10/21/2019 | $509.66 | 836005 |
| | 10/21/2019 | $18.73 | 836005 | | 11/18/2019 | $18.03 | 838051 |
| | 11/18/2019 | $490.51 | 838051 | | 01/13/2020 | $981.03 | 841823 |
| | 01/13/2020 | $36.05 | 841823 | | 03/16/2020 | $18.03 | 845628 |
| | 03/16/2020 | $490.51 | 845628 | | 04/20/2020 | $663.48 | 847586 |
| | 04/20/2020 | $24.38 | 847586 | | 05/18/2020 | $23.15 | 849394 |
| | 05/18/2020 | $629.90 | 849394 | | 07/20/2020 | $1,240.44 | 852938 |
| | 07/20/2020 | $45.58 | 852938 | | 08/17/2020 | $22.79 | 854770 |
| | 08/17/2020 | $620.22 | 854770 | | 10/19/2020 | $620.22 | 858476 |
| | 10/19/2020 | $22.79 | 858476 | | 11/16/2020 | $45.58 | 859534 |
| | 11/16/2020 | $1,240.43 | 859534 | | 12/21/2020 | $620.23 | 861346 |
| | 12/21/2020 | $22.79 | 861346 | | 01/11/2021 | $22.79 | 863150 |
| | 01/11/2021 | $620.22 | 863150 | | 02/22/2021 | $620.22 | 864798 |
| | 02/22/2021 | $22.79 | 864798 | | 04/19/2021 | $22.79 | 868321 |
| | 04/19/2021 | $620.22 | 868321 | | 05/17/2021 | $620.22 | 870234 |

**Chapter 13 Case # 17-20516**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 05/17/2021 | $22.79 | 870234 | | 06/21/2021 | $45.96 | 872021 |
| | 06/21/2021 | $1,250.49 | 872021 | | 08/16/2021 | $1,260.55 | 875515 |
| | 08/16/2021 | $46.33 | 875515 | | 10/18/2021 | $23.16 | 879022 |
| | 10/18/2021 | $630.28 | 879022 | | 11/17/2021 | $720.68 | 880721 |
| | 11/17/2021 | $26.49 | 880721 | | | | |
| US BANK NA | | | | | | | |
| | 12/18/2017 | $48.19 | 793774 | | 01/22/2018 | $47.61 | 795641 |
| | 02/20/2018 | $10.46 | 797461 | | 03/19/2018 | $47.61 | 799308 |
| | 05/14/2018 | $95.47 | 803079 | | 07/16/2018 | $98.88 | 806975 |
| | 08/20/2018 | $49.44 | 808951 | | 09/17/2018 | $50.69 | 810841 |
| | 10/22/2018 | $50.69 | 812821 | | 11/19/2018 | $49.28 | 814719 |
| | 12/17/2018 | $49.28 | 816623 | | 02/11/2019 | $49.28 | 820462 |
| | 03/18/2019 | $49.28 | 822496 | | 05/20/2019 | $98.57 | 826538 |
| | 07/15/2019 | $100.34 | 830293 | | 09/16/2019 | $100.34 | 834311 |
| | 10/21/2019 | $49.81 | 836418 | | 11/18/2019 | $47.94 | 838417 |
| | 01/13/2020 | $95.88 | 842178 | | 03/16/2020 | $47.94 | 846008 |
| | 04/20/2020 | $64.84 | 847973 | | 05/18/2020 | $61.56 | 849726 |
| | 07/20/2020 | $121.23 | 853301 | | 07/20/2020 | $61.65 | 853301 |
| | 08/17/2020 | $30.82 | 855107 | | 08/17/2020 | $60.62 | 855107 |
| | 10/19/2020 | $60.62 | 858823 | | 10/19/2020 | $30.82 | 858823 |
| | 11/16/2020 | $61.65 | 860591 | | 11/16/2020 | $121.23 | 860591 |
| | 12/21/2020 | $60.62 | 862504 | | 12/21/2020 | $30.82 | 862504 |
| | 01/11/2021 | $30.82 | 864072 | | 01/11/2021 | $60.62 | 864072 |
| | 02/22/2021 | $60.62 | 866033 | | 02/22/2021 | $30.83 | 866033 |
| | 04/19/2021 | $30.82 | 869521 | | 04/19/2021 | $60.61 | 869521 |
| | 05/17/2021 | $60.62 | 871315 | | 05/17/2021 | $30.83 | 871315 |
| | 06/21/2021 | $62.15 | 873175 | | 06/21/2021 | $122.21 | 873175 |
| | 08/16/2021 | $123.20 | 876594 | | 08/16/2021 | $62.65 | 876594 |
| | 10/18/2021 | $31.32 | 880118 | | 10/18/2021 | $61.60 | 880118 |
| | 11/17/2021 | $70.43 | 881785 | | 11/17/2021 | $35.82 | 881785 |
| WELLS FARGO BANK NA | | | | | | | |
| | 11/20/2017 | $5.91 | 792015 | | 12/18/2017 | $487.11 | 793872 |
| | 01/22/2018 | $487.11 | 795740 | | 02/20/2018 | $107.03 | 797560 |
| | 03/19/2018 | $487.11 | 799420 | | 05/14/2018 | $976.81 | 803185 |
| | 07/16/2018 | $1,011.72 | 807071 | | 08/20/2018 | $505.86 | 809057 |
| | 09/17/2018 | $518.70 | 810933 | | 10/22/2018 | $518.70 | 812903 |
| | 11/19/2018 | $504.26 | 814795 | | 12/17/2018 | $504.26 | 816702 |
| | 02/11/2019 | $504.26 | 820533 | | 03/18/2019 | $504.26 | 822572 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: June 14, 2022.

Receipts: $38,815.00    -    Paid to Claims: $33,058.22    -    Admin Costs Paid: $4,224.36    =    Funds on Hand: $1,532.42

Unpaid Balance to Claims: $1,208.72    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($323.70)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.