Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 17−20516−SLM
> Chapter: 13
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Angel M Lapaix
   aka Angel LaPaix, dba Royal General
   Construction, LLC
   74 9th Avenue
   Newark, Nj 07107

Social Security No.:
   xxx−xx−2698

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Angel M Lapaix
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: July 6, 2022
JAN: dlr

> Jeanne Naughton, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 17-20516-SLM
Angel M Lapaix                                                                                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                                Page 1 of 2
Date Rcvd: Jul 06, 2022                     Form ID: ntcfncur                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

**Recip ID          Recipient Name and Address**
db              +   Angel M Lapaix, 74 9th Avenue, Newark, Nj 07107-1518

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2022                     Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:

**Name**                          **Email Address**

Aleisha Candace Jennings
                                  on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ajennings@raslg.com

Denise E. Carlon
                                  on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
                                  on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for Credit Suisse First Boston Mortgage Securities Corp. CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Associatio bk@stewartlegalgroup.com

John R. Morton, Jr.
                                  on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Kevin M. Buttery
                                  on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION kbuttery@moodklaw.com

Laura M. Egerman

Case 17-20516-SLM    Doc 85    Filed 07/08/22    Entered 07/09/22 00:13:27    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 06, 2022 | Form ID: ntcfncur | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Paul Gauer | on behalf of Debtor Angel M Lapaix gauerlaw@aol.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association as Trustee Et Al... rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION sdeluca@hasbanilight.com hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4 ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4 ecf@powerskirn.com |

TOTAL: 15